February 24, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

CHRISTINE ADIUKU, KATE OPARA, CARAMELA NZENWA, AND ANGELA ALIMOLE, Appellants

NO. 14-13-00722-CV                    V.

KELECHI IKEMENEFUNA, CHINYERE AGONSI, BEATRICE OPARAJI, ANN EBERE, KELECHI OGUN, MARIA ARRIRIGUZO, CHINYERE AGIM, AND VIRGINIA AKUCHIE, ON BEHALF OF MBAISE ASSOCIATION OF HOUSTON, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Kelechi Ikemenefuna, Chinyere Agonsi, Beatrice Oparaji, Ann Ebere, Kelechi Ogun, Maria Arririguzo, Chinyere Agim, and Virginia Akuchie, on Behalf of MBAISE Association of Houston, signed May 14, 2013, was heard on the transcript of the record. We have inspected the record and hold the trial court erred when it granted appellees partial summary judgment imposing liability and damages based on appellees' causes of action for conversion, breach of fiduciary duty, and registering an organization with a deceptively similar name. We therefore order that the portions of the judgment that imposed liability and damages for those causes of action are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we hold the trial court erred when it found liability and awarded damages to appellees on their fraud by nondisclosure cause of action. We

therefore order that the part of the judgment that imposed liability and damages based on appellees' fraud by nondisclosure cause of action is **REVERSED** and we **RENDER** judgment that they take nothing by that claim.

Further, we hold the trial court erred when it awarded appellees attorney's fees. We therefore order that the part of the judgment awarding appellees attorney's fees is **REVERSED** and we **RENDER** judgment that they take nothing in attorney's fees.

Further, we find no error in the remainder of the judgment, including the partial summary judgment on appellants' affirmative defenses and the trial court's declaration that appellant Christine Adiuku is no longer president of MBAISE Association of Houston, and we order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.